UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. *05 30186 MAP*

| | |
|---|---|
| MORRIS/SWITZER ENVIRONMENTS FOR HEALTH, INC. | ) )  |
| Plaintiff, | ) ) |
| V. | ) ) |
| LOOMIS COMMUNITIES, INC. F/K/A LOOMIS VILLAGE, INC. AND LOOMIS COMMUNITIES, | ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Loomis Communities, Inc. f/k/a

Loomis Village, Inc. and Loomis Communities hereby files this Notice of Removal of the above-

captioned lawsuit from the Hampshire Division of the Superior Court Department of the Trial

Court of the Commonwealth of Massachusetts, Hampshire County ("Hampshire Superior

Court"), Civil Action No. 2005-00137A (the "State Court Action"), to the United States District

Court for the District of Massachusetts.  As grounds for this removal, Defendant states as

follows:

1.    This is an action for breach of contract, quantum meruit and mechanics lien over

which this Court has jurisdiction by reason of the diversity of citizenship of the parties.

2.    At all times relevant hereto and on June 30, 2005, when Plaintiff Morris/Switzer

Environments for Health, Inc. commenced this action in Hampshire Superior Court, it has been a

corporation organized and existing under the laws of the State of Vermont with a principal place

of business in Williston, Vermont.

3.    At all times relevant hereto and on June 30, 2005, when Plaintiff commenced this action in Hampshire Superior Court, the Defendant has been a corporation organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business in South Hadley, Massachusetts.

4.    The matter in controversy exceeds, exclusive of costs and interest, the sum or value of $75,000.00.

5.    On July 21, 2005, Plaintiff served Defendant with the Summons, Civil Action Coversheet and Complaint, which constitutes all process, pleadings and orders served upon Defendant in the State Court Action, copies of which are attached hereto as Exhibit A.

6.    This Notice of Removal is being filed within thirty (30) days after the Defendant's receipt of the Plaintiff's Summons, Civil Action Coversheet and Complaint and, therefore, is timely filed under 28 U.S.C. § 1446(b).

7.    This Notice of Removal is being filed within one (1) year of the commencement of this action and, therefore, is timely filed under 28 U.S.C. § 1446(b).

8.    Defendant will give written notice of the filing of this Notice of Removal, and a copy of this Notice of Removal will be filed with the Clerk of the Hampshire Superior Court, as required by 28 U.S.C. § 1446(d).

9.    Pursuant to 28 U.S.C. § 1446(b) and Local Rule 88.1, Defendant hereby files certified copies of all docket entries from the State Court Action which are attached hereto as Exhibit B.

LOOMIS COMMUNITIES, INC. F/K/A LOOMIS
VILLAGE, INC. AND LOOMIS COMMUNITIES,

By Their attorney,

_Shura J. Conte_

Louis M. Ciavarra (BBO #546481)
Thomas J. Conte (BBO # 566092)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3415

Date:   August **12**, 2005

### CERTIFICATE OF SERVICE

I, Thomas J. Conte, hereby certify that on this **12Th** day of August, 2005, I served a
copy of the foregoing by mailing same, postage prepaid, to the following:

John J. McNamara, Esquire
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701

_Shura J. Conte_

Thomas J. Conte

COMMONWEALTH OF MASSACHUSETTS
HAMPSHIRE, SS.

Superior Court Department of the
Trial Court of the Commonwealth
Civil Action

No. 05-137

Morris Switzer Environments
for Health, Inc.                    , Plaintiff (s)

v.

**SUMMONS**

Loomis Communities, Inc. f/k/a
Loomis Village, Inc. and
Loomis Communities
                    , Defendant (s)

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

To the above-named Defendant  :  Loomis Communities

    You are hereby summoned and required to serve upon  Eric Howard Esquire          ,
plaintiff   attorney, whose address is  161 Worcester Road, Framingham, MA 01701     ,
an answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  You are also
required to file your answer to the complaint in the office of the Clerk of this court at
Northampton, either before service upon plaintiff    attorney or within a reasonable time
thereafter.

    Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any
claim which you may have against the plaintiff    which arises out of the transaction or occurrence
that is the subject matter of the plaintiff    claim or you will thereafter be barred from making such
claim in any other action.

    Witness, ~~Suzanne V. DelVecchio~~ Barbara J. Rouse Esquire at Northampton, the  19th
day of  July                                   , in the year of our Lord two thousand  and Five

**CLERK-MAGISTRATE**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. Circle type of action involved. Tort – Motor Vehicle Tort – Contract – Equitable relief.

CIVIL ACTION
COVER SHEET

DOCKET NO(s)

Trial Court of Massachusetts
Superior Court Department
County: Hampshire

3:05-cv-30186-MAP   Document 1   Filed 08/...

| PLAINTIFF(S) Morris/Switzer Environments for Healh, Inc. | DEFENDANT(S) Loomis Communities, Inc. f/k/a/ Loomis Village, Inc. and Loomis Communities |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Eric Howard, Domestico, Lane & McNamara,LLP 161 Worcester Road, Framingham, MA 01701   508-626-9000 Board of Bar Overseers number: 640330 | ATTORNEY (if known) Thomas Conte |

## Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A01, A99 | Breach of Contract Mechanics' Lien | ( F ) | ( ) Yes   (X ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
   Subtotal $. . . . . . . . . .
B. Documented lost wages and compensation to date . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
C. Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
D. Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . . . $. . . . . . . . . .
E. Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
F. Other documented items of damages (describe)
   $. . . . . . . . . .
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

$. . . . . . . . . .
TOTAL $. . . . . . . . . . .

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
Breach of Contract and Mechanics' Lien Under G.L. c. 254

1,997,101.50
plus interest and
TOTAL $. Attorney Fee

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record   E.A. Howard   DATE: 6/30/05

AOTC4 mtc005-11/99
A.O.S.C. 1-2000

# Commonwealth of Massachusetts
## County of Hampshire
### The Superior Court

CIVIL DOCKET# HSCV2005-00137-A

RE:  **Morris/Switzer** Environments for Health, Inc. v Loomis Communities, Inc. et al

TO:Eric A Howard, Esquire
Domestico Lane & McNamara
161 Worcester Road
The Meadows
Framingham, MA 01701

### TRACKING ORDER · F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 09/28/2005 |
| Response to the complaint filed (also see MRCP 12) | 11/27/2005 |
| All motions under MRCP 12, 19, and 20 filed | 11/27/2005 |
| All motions under MRCP 15 filed | 11/27/2005 |
| All discovery requests and depositions completed | 04/26/2006 |
| All motions under MRCP 56 served and heard | 05/26/2006 |
| Final pre-trial conference held and firm trial date set | 06/25/2006 |
| Case disposed | 08/24/2006 |

The final pre-trial deadline is **not the scheduled date of the conference.** You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session A sitting in CtRm 2- 3rd fl at Hampshire Superior Court.

Dated: 06/30/2005

Harry Jekanowski, Jr.
Clerk of the Courts

Location: CtRm 2- 3rd fl
Telephone: (413) 584-5810 ext. 287

cvdtrack_2.vpd 268917 inidee01 shepardp

COMMONWEALTH OF MASSACHUSETTS

HAMPSHIRE, ss.
                                                    SUPERIOR COURT
                                                    C.A. No.

| | |
|---|---|
| MORRIS/SWITZER ENVIRONMENTS | ) |
| FOR HEALTH, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LOOMIS COMMUNITIES, INC. f/k/a | ) |
| LOOMIS VILLAGE, INC. and | ) |
| LOOMIS COMMUNITIES | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT TO ENFORCE MECHANICS' LIEN UNDER G.L. c. 254

Morris/Switzer Environments for Health, Inc.

("Morris/Switzer") files this action to recover damages against

the defendants, Loomis Communities, Inc. f/k/a Loomis Village,

Inc. and Loomis Communities, for failing to pay for certain

labor, materials and professional services provided by

Morris/Switzer in connection with the design and construction of

the residential development owned by Loomis on several parcels

of land in the Town of South Hadley, Massachusetts, more

particularly described in deeds recorded in the Hampshire County

Registry of Deeds, Book 3842, Page 0107; Book 4511, Page 271;

and Book 4635, Page 66.  A description of the Property is

attached as Exhibit "A" hereto.  Morris/Switzer also seeks to

establish its rights pursuant to G.L. c. 254, the Massachusetts

labor, material and professional services for the project entitled "Loomis Village" ("Project").

7.   Morris/Switzer performed its contractual obligations on the Project.

8.   Loomis has not paid Morris/Switzer the sum of $1,997,101.50, leaving a balance due and owing of $1,997,101.50.

9.   Morris/Switzer recorded a Notice of Contract pursuant to G.L. c. 254, § 2 in the Hampshire County Registry of Deeds on April 8, 2005, Book 8217, Page 237. A true and accurate copy of the Notice of Contract is attached as Exhibit "B" hereto.

10.  Morris/Switzer filed a Statement of Account, pursuant to G.L. c. 254, § 8 in the Hampshire County Registry of Deeds on April 29, 2005, Book 8240, Page 174. A true and accurate copy of the Statement of Account is attached as Exhibit "C" hereto.

11.  Said Notice of Contract and Statement of Account were subsequently served upon Loomis.

12.  A certified copy of this Complaint will be filed in the Hampshire County Registry of Deeds and served upon Loomis.

13.  Morris/Switzer has satisfied all conditions precedent to maintain this action against Loomis.

## COUNT I
### (Breach of Contract)

14.  Morris/Switzer realleges and incorporates by reference the allegations in paragraphs 1 through 13 above as though expressly stated herein.

15.  Morris/Switzer entered into a contract with Loomis to provide labor, materials and professional services to the Project.

16.  Loomis breached its contract with Morris/Switzer by failing to pay the balance of monies due to Morris/Switzer.

17.  Loomis is indebted to Morris/Switzer in the amount of $1,997,101.50, plus interest, costs, and attorneys' fees.

## COUNT II
### (Quantum Meruit)

18.  Morris/Switzer realleges and incorporates by reference the allegations in paragraphs 1 through 17 above as though expressly stated herein.

19.  At Loomis's request, Morris/Switzer provided labor, materials and professional services to the Project.

20.  Despite repeated demands, Morris/Switzer has not been paid for all of said labor, materials and equipment.  The fair and reasonable value of the labor, materials and equipment for which Morris/Switzer has not been paid is $1,997,101.50, plus interest, costs and attorneys' fees.

4

<u>COUNT III</u>
(Mechanics' Lien G.L. c. 254 - Loomis)

21.  Morris/Switzer incorporates by reference the allegations in Paragraphs 1 through 20 above as though fully set forth herein.

22.  Morris/Switzer supplied labor, materials and professional services for the betterment of the real estate.

23.  The property owner, Loomis, has benefited from Morris/Switzer's performance of improvements to the real estate.

24.  Morris/Switzer has fully complied with the Mechanics' Lien Statute requirements of G.L. c. 254 to enforce and perfect its Mechanics' Lien on the property.

25.  Morris/Switzer requests that this Honorable Court enforce its Mechanics' Lien on the property in the amount of $1,997,101.50 and that the property be sold to satisfy the debt owed to Morris/Switzer.

WHEREFORE, the plaintiff, Morris/Switzer, requests the following relief:

(1)  With respect to Counts I and II, that this Court grant judgment in favor of Morris/Switzer and against Loomis in the amount of damages to be proven, plus accruing interest and attorneys' fees and costs;

(2)  With respect to Count III, that this Court establish Morris/Switzer's Mechanics' Lien against Loomis and that the property be sold to satisfy the debt owed to Morris/Switzer; and

5

(3)  That this Court grant such other and further relief as it deems fair and just.

MORRIS/SWITZER ENVIRONMENTS FOR
HEALTH, INC.

By its attorneys,

John J. McNamara
BBO No. 557882
Eric A. Howard
BBO No. 640330
DOMESTICO, LANE & MCNAMARA, LLP
161 Worcester Road
Framingham, MA 01701
(508) 626-9000

Dated: June 30 , 2005

6

EXHIBIT A

3/05

024953          BK3842PG0107

KNOW ALL MEN BY THESE PRESENTS, That, LOOMIS HOUSING CORPORATION

SEE
BOOK 451
PAGE 271

SEE
BOOK 463
PAGE 66

SEE
BOOK 4636
PAGE 163

a corporation duly established under the laws of Massachusetts
and having its usual place of business at 298 Jarvis Avenue, Holyoke, Hampden

County, Massachusetts, in consideration of,

SIX HUNDRED EIGHTY ONE THOUSAND THREE HUNDRED NINETY ONE & 87/100
------------------($681,391.87)--------------------DOLLARS

grants to  LOOMIS VILLAGE, INC., a Massachusetts corporation duly organized with a
usual place of business at 246 North Main Street, South Hadley, Hampshire County,
Massachusetts

at

with warranty covenants

the land in  South Hadley, Hampshire County, Massachusetts, bounded and described as
follows:

PARCEL ONE - Beginning at a point on the westerly side of the
highway leading from South Hadley Falls to Smiths Ferry (now North
Main Street), at the southeast corner of land now or formerly of
Frederick Strong, and from thence running westerly at an included
angle of 79° 44' along land of the said Strong Two Thousand
Seventy-Nine (2079) feet to a highway (now River Road) leading from
the highway first mentioned to the Connecticut River; thence
Southeasterly at an included angle of 57° 52' along the easterly
side of the said highway Four Hundred Sixty-Four (464) feet to a
point; thence Easterly in a line parallel with the first described
line One Thousand Seven Hundred Forty-Two and One-Half (1742-1/2)
feet to the highway first mentioned; thence Northerly at an
included angle of 102° 14' along the westerly side of the said
highway Four Hundred (400) feet to the place of beginning,
containing about Seventeen and One-Sixth (17-1/6) acres.

Excepting from the foregoing the land conveyed by the Trustees to
Paul L. Pin et ux by deeds dated June 9, 1970, recorded in Book
1873, Page 465, and August 21, 1975, recorded in Book 1845, Page
79.

PARCEL TWO - Beginning at an iron pin in the Southerly line of
Parcel One hereinbefore described; which iron pin is Three Hundred
Ninety-Five and 99/100 (395.99) feet Westerly from an iron pin in
the Westerly line of North Main Street, at the Southeasterly corner
of land formerly of one Maynwski, later of Pin, thence Westerly
along land now or formerly of Maynwski, One Thousand Three Hundred
Forty-Six and 50/100 (1346.50) feet, more or less, to the Easterly
line of the River Road; thence Southerly along the Easterly line of
said River Road, Forty and 50/100 (40.50) feet; thence Easterly and
parallel with the first described line, Two Hundred Seventy-One and
50/100 (271.50) feet to a point; thence Southerly Four Hundred Four
and 77/100 (404.77) feet to a point; thence Easterly One Thousand
Eighty-Four (1084) feet to a point, said point being fifteen and
one-half (15 1/2) feet Northerly from the center of an old chestnut
tree; thence Northerly in a straight line, Four Hundred Forty-Seven
and 89/100 (447.89) feet, more or less, to the iron pin at the
point of beginning.

Being the same premises conveyed to the grantor herein by deed of
Pine-Essex Realty Trust, dated December 16, 1988, recorded
Hampshire County Registry of Deeds, Book 3304, Page 324.

SUBJECT to a taking by the Town of South Hadley made May 2, 1978,
recorded in Book 2019, Page 264, for an easement for the Connecticut
River Interceptor Sewer as shown on the Easement Plan recorded in
Plan Book 106, Pages 87 and 88.

Property Address:  245 North Main Street, South Hadley, MA

BK3842PG0108

SUBJECT to the Order of Conditions of the South Hadley Conservation
Commission dated July 26, 1991, and recorded in Hampshire County
Registry of Deeds, Book 3789, Page 269.



CANCELLED

In Witness Whereof the said    LOOMIS HOUSING CORPORATION

has caused its corporate seal to be hereto affixed and these presents to be signed, acknowledged and
delivered in its name and behalf by _____ and _____ Thompson
its _____ and _____    this    7th    day of    December
in the year one thousand nine hundred and ninety-one

Signed and sealed in presence of

_____

LOOMIS HOUSING CORPORATION

by _____

BK 3842 PG 0109

The Commonwealth of Massachusetts

ss.                                           December 9,    1991

Then personally appeared the above named *Gwendolyn Glez, President and Louis*
*Rumsey Treasurer*
and acknowledged the foregoing instrument to be the free act and deed of the    LENNOX HOUSING
CORPORATION

before me

                                           Peter C. Conner

                                           Notary Public

My commission expires *December 17,    1991*

Dec.  13   19   at  11  o'clock and  16  minutes  A.M.  Rec'd and Ent'd
ex'md with Hampshire Reg. of Deeds, Book  3842  Page  107
                                           Attest:
                                           REGISTER

ATTEST: HAMPSHIRE, *Marianne L. Donohue* REGISTER
                MARIANNE L. DONOHUE

Bk: 07690 Pg: 148

BK 3842 PG 0109

The Commonwealth of Massachusetts

ss.                                                    December 9, 1991

This personally appeared the above named Gwendolyn Ghee, President and James
Manfred Trevett and acknowledged the foregoing instrument to be the free act and deed of the LENNOX HOUSING
CORPORATION

before me

_____
Peter C. Connor
Notary Public
My commission expires December 19, 1977

Dec 12, 1993 at 11 o'clock and 16 minutes A.M. Rec'd and
enter'd with Hampshire Reg. of Deeds, Book 3842 Page 107
Attest _____ REGISTER

ATTEST: HAMPSHIRE, _____ REGISTER
MARIANNE L. DONOHUE

2005 00005078
Bk: 8217Pg: 237 Page: 1 of 5
Recorded: 04/08/2005 01:36 PM

## NOTICE OF CONTRACT

### M.G.L. ch. 254, § 2

Notice is hereby given that by virtue of a written contract dated April 5, 2002, between Morris/Switzer & Associates, Inc., contractor, and Loomis Communities, said contractor is to furnish or has furnished labor and materials or rental equipment, appliances or tools for the erection, alteration, repair or removal of a building, structure, or other improvement on a lot of land or other interest in real property owned by Loomis Communities, owner, of a lot of land or other interest in real property described as follows described as follows:

The property located at Book 3842, Page 0107 at the Hampshire County Registry of Deeds and Book 4511, Page 271 and Book 4635, Page 66 at the Hampshire County Registry of Deeds, and which is more fully described in the attached legal description as Exhibit "A."

Contractor:    Morris/Switzer & Associates, Inc.
185 Talcott Road
Williston, VT 05495

By: _Jill M. Boardman_

Its: _Principal_

STATE OF VERMONT

Chittenden , ss.

April 7, 2005

Then personally appeared the above named Jill M. Boardman, to me known, who being duly sworn, acknowledged the foregoing instrument to be her free act and deed, and the free act and deed of Morris/Switzer & Associates, Inc. on behalf of which he is authorized to execute it, before me.

*Sarah G. Sherill*
Notary Public

My Commission Expires: 2/10/07

Upon recording please return to:

DOMESTICO, LANE & MCNAMARA, LLP
The Meadows
161 Worcester Road
Framingham, MA   01701

2

EXHIBIT A

3,105.30

SEE BOOK 46 1 PAGE 2 7

SEE BOOK 46 2 PAGE 164

SEE BOOK 46 15 PAGE 163

024953    BK 3842 PG 0107

KNOW ALL MEN BY THESE PRESENTS, That, LOOMIS HOUSING CORPORATION

a corporation duly established under the laws of Massachusetts and having its usual place of business at 298 Jarvis Avenue, Holyoke, Hampden

County, Massachusetts, in consideration of,

SIX HUNDRED EIGHTY ONE THOUSAND THREE HUNDRED NINETY ONE & 87/100
------------($681,391.87)------------DOLLARS

grants to LOOMIS VILLAGE, INC., a Massachusetts corporation duly organized with a usual place of business at 246 North Main Street, South Hadley, Hampshire County, Massachusetts

with warranty covenants
the land in South Hadley, Hampshire County, Massachusetts, bounded and described as follows:

Property Address: 246 North Main Street, South Hadley, MA

PARCEL ONE - Beginning at a point on the westerly side of the highway leading from South Hadley Falls to Smiths Ferry (now North Main Street), at the southeast corner of land now or formerly of Frederick RLyons, and from thence running westerly at an included angle of 77° 46' along land of the said Strong Two Thousand Seventy-Nine (2079) feet to a highway (now River Road) leading from the highway first mentioned to the Connecticut River; thence Southeasterly at an included angle of 57° 58' along the easterly side of the said highway Four Hundred Sixty-Four (464) feet to a point; thence Easterly in a line parallel with the first described line One Thousand Seven Hundred Forty-Two and One-Half (1742-1/2) feet to the highway first mentioned; thence Northerly at an included angle of 102° 14' along the westerly side of the said highway Four Hundred (400) feet to the place of beginning, containing about Seventeen and One-Sixth (17-1/6) acres.

Excepting from the foregoing the land conveyed by the Trustees to Paul L. Pin et ux by deeds dated June 9, 1970, recorded in Book 1573, Page 455, and August 21, 1975, recorded in Book 1845, Page 72.

PARCEL TWO - Beginning at an iron pin in the Southerly line of Parcel One hereinbefore described, which iron pin is Three Hundred Ninety-Five and 99/100 (395.99) feet Westerly from an iron pin in the Westerly line of North Main Street, at the Southeasterly corner of land formerly of one Maynowski, later of Pin, thence Westerly along land now or formerly of Maynowski, One Thousand Three Hundred Forty-Six and 50/100 (1346.50) feet, more or less, to the Easterly line of the River Road; thence Southerly along the Easterly line of said River Road, Forty and 50/100 (40.50) feet; thence Easterly and parallel with the first described line, Two Hundred Seventy-One and 50/100 (271.50) feet to a point; thence Southerly Four Hundred Four and 77/100 (404.77) feet to a point; thence Easterly One Thousand Eighty-Four (1084) feet to a point, said point being fifteen and one-half (15 1/2) feet Northerly from the center of an old chestnut tree; thence Northerly in a straight line, Four Hundred Forty-Seven and 89/100 (447.89) feet, more or less, to the iron pin at the point of beginning.

Being the same premises conveyed to the grantor herein by deed of Pine-Essex Realty Trust, dated December 16, 1988, recorded Hampshire County Registry of Deeds, Book 3304, Page 324.

SUBJECT to a taking by the Town of South Hadley made May 3, 1979, recorded in Book 2019, Page 364, for an easement for the Connecticut River Interceptor Sewer as shown on the Easement Plan recorded in Plan Book 106, Pages 87 and 88.

BK 3842 PG 0108

SUBJECT to the Order of Conditions of the South Hadley Conservation
Commission dated July 26, 1991, and recorded in Hampshire County
Registry of Deeds, Book 3789, Page 269.

CANCELLED

In witness Whereof the said    LOOMIS HOUSING CORPORATION

has caused its corporate seal to be hereto affixed and these presents to be signed, acknowledged and
delivered in its name and behalf by *Gretchen Gluš and Scott Temple*
its *President and Treasurer*    this    *9th*    day of    December
in the year one thousand nine hundred and ninety-one

Signed and sealed in presence of

LOOMIS HOUSING CORPORATION

by _____ Its Pres.

BK 3 6 4 2 P6 0 1 0 9

The Commonwealth of Massachusetts

ss.                                    December 9, 1991

Then personally appeared the above named *Jonathan Gless, President and Isaac*
*Honored Treasurer*
and acknowledged the foregoing instrument to be the free act and deed of the   LOCKIE SKIING
CORPORATION

before me

*Peter C. Connor*                         Notary Public

My commission expires *December 13, 1991*

*Dec 13, 1991*   at o'clock and *16* minutes P.M. Rec'd and Entd
exam'd with Hampshire Reg. of Deeds, Book *3842* Page *107*
Attest

ATTEST: HAMPSHIRE, *Marianne L. Donohue*  REGISTER
MARIANNE L. DONOHUE

BK 3842 PG 0109

**The Commonwealth of Massachusetts**

ss.                                        December 9    1991

Then personally appeared the above named *Gwendolyn Glass, President and Treasurer*

and acknowledged the foregoing instrument to be the free act and deed of the   LOQUIS HOUSING
CORPORATION

before me.

_____
Peter C. Conner                         Notary Public

My commission expires *December 13,  1991*

At _____ o'clock and ___ minutes ___ M. Rec'd and Ent'd
Rec'd with Hampshire Reg. of Deeds, Book 3842 Page 107

Attest _____
                                        Register

ATTEST: HAMPSHIRE, _____ REGISTER
                    MARIANNE L. DONOHUE

Bk: 8240Pg: 174 Page: 1 of 5
Recorded: 04/29/2005 01:14 PM

## STATEMENT OF ACCOUNT

### M.G.L. c. 254, §8

Notice is hereby given that pursuant to a written contract dated April 5, 2002, between Loomis Communities, Owner, and Morris/Switzer & Associates, Inc. ("Morris/Switzer"), Contractor, the following is a just and true account of the amount, including credits, due to Morris/Switzer from Loomis Communities for labor and material furnished in the erection, operation, repair or removal of the building, structure or other improvement to the property on a lot of land owned by Loomis Communities of a lot of land or other interest in real property described as follows:

The property located in South Hadley, Massachusetts at Book 3942, Page 0107 at the Hampshire County Registry of Deeds and Book 4511, Page 271 and Book 4635, Page 66 at the Hampshire County Registry of Deeds.

The amount is as follows:

| | |
|---|---|
| Contract | $14,063,835.00 |
| Agreed change orders | $ 572,349.38 |
| Less previous payments | $14,132,146.14 |
| Subtotal | $ 504,038.00 |
| Other credits due | $ 0.00 |
| Disputed claims and extras | $ 1,493,063.50 |
| Balance due | $ 1,997,101.50 |

Contractor:  Morris/Switzer
185 Talcott Road
Williston, VT 05495

By: _____
Jill M. Boardman

Its: _____
Principal

### STATE OF VERMONT

Chittenden, SS.

April 28, 2005

Then personally appeared before me the above-named Jill M. Boardman, who being duly sworn, acknowledged the foregoing instrument to be her free act and deed, and the free act and deed of Morris/Switzer & Associates, Inc. on behalf of which she is authorized to execute it before me.

_Sarah G. Sherrill_
Notary Public

My Commission Expires: 2/10/07

Upon recording please return to:

DOMESTICO, LANE & McNAMARA, LLP
The Meadows
161 Worcester Road
Framingham, MA 01701

**024953        BK3842PG0107**

SEE BOOK H511 PAGE 271

SEE BOOK 4635 PAGE 66

SEE BOOK 4635 PAGE 63

EXHIBIT A

3.05.30

KNOW ALL MEN BY THESE PRESENTS, That, LOOMIS HOUSING CORPORATION

a corporation duly established under the laws of Massachusetts and having its usual place of business at 298 Jarvis Avenue, Holyoke, Hampden

Property Address: 246 North Main Street, South Hadley, MA

County, Massachusetts, in consideration of,

SIX HUNDRED EIGHTY ONE THOUSAND THREE HUNDRED NINETY ONE & 87/100
------------------($681,391.87)-------------------DOLLARS

grants to  LOOMIS VILLAGE, INC., a Massachusetts corporation duly organized with a usual place of business at 246 North Main Street, South Hadley, Hampshire County, Massachusetts

                                                    with quitclaim covenants

the land in South Hadley, Hampshire County, Massachusetts, bounded and described as follows:

PARCEL ONE - Beginning at a point on the westerly side of the highway leading from South Hadley Falls to Smiths Ferry (now North Main Street), at the southeast corner of land now or formerly of Frederick Strong, and from thence running westerly at an included angle of 77° 46' along land of the said Strong Two Thousand Seventy-Nine (2079) feet to a highway (now River Road) leading from the highway first mentioned to the Connecticut River; thence Southeasterly at an included angle of 52° 52' along the easterly side of the said highway Four Hundred Sixty-Four (464) feet to a point; thence Easterly in a line parallel with the first described line One Thousand Seven Hundred Forty-Two and One-Half (1742-1/2) feet to the highway first mentioned; thence Northerly at an included angle of 102° 14' along the westerly side of the said highway Four Hundred (400) feet to the place of beginning, containing about Seventeen and One-Sixth (17-1/6) acres.

Excepting from the foregoing the land conveyed by the Trustees to Paul L. Pin et ux by deeds dated June 9, 1970, recorded in Book 1573, Page 455, and August 21, 1975, recorded in Book 1845, Page 73.

PARCEL TWO - Beginning at an iron pin in the Southerly line of Parcel One hereinbefore described, which iron pin is Three Hundred Ninety-Five and 99/100 (395.99) feet Westerly from an iron pin in the Westerly line of North Main Street, at the Southeasterly corner of land formerly of one Maynewski, later of Pin, thence Westerly along land now or formerly of Maynewski, One Thousand Three Hundred Forty-Six and 50/100 (1346.50) feet, more or less, to the Easterly line of the River Road; thence Southerly along the Easterly line of said River Road, Forty and 50/100 (40.50) feet; thence Easterly and parallel with the first described line, Two Hundred Seventy-One and 50/100 (271.50) feet to a point; thence Southerly Four Hundred Four and 77/100 (404.77) feet to a point; thence Easterly One Thousand Eighty-Four (1084) feet to a point, said point being fifteen and one-half (15 1/2) feet Northerly from the center of an old chestnut tree; thence Northerly in a straight line, Four Hundred Forty-Seven and 89/100 (447.89) feet, more or less, to the iron pin at the point of beginning.

Being the same premises conveyed to the grantor herein by deed of Pine-Essex Realty Trust, dated December 16, 1988, recorded Hampshire County Registry of Deeds, Book 3304, Page 324.

SUBJECT to a taking by the Town of South Hadley made May 3, 1978, recorded in Book 2019, Page 264, for an easement for the Connecticut River Interceptor Sewer as shown on the Easement Plan recorded in Plan Book 106, Pages 87 and 88.

BK3842PG0106

SUBJECT to the Order of Conditions of the South Hadley Conservation
Commission dated July 26, 1991, and recorded in Hampshire County
Registry of Deeds, Book 3789, Page 269.



In witness Whereof the said   LOOMIS HOUSING CORPORATION

has caused its corporate seal to be hereto affixed and these presents to be signed, acknowledged and
delivered in its name and behalf by *Gwendolyn Glass* and *James Thompson*
its *President and Treasurer* this      *7th*         day of   December
in the year one thousand nine hundred and ninety-one

Signed and sealed in presence of

LOOMIS HOUSING CORPORATION

by _____ Treas.

_____ Pres.

BK: 07690 Pg: 148

BK 3842 PG 0109

**The Commonwealth of Massachusetts**

ss.                                          December  9       1991

Then personally appeared the above named  *Gwendolyn Gloss, President and James*
*Humphrey Treasurer*
and acknowledged the foregoing instrument to be the free act and deed of the   LOOMIS HERRING
CORPORATION

before me

                                        *Peter C. Connor*

My commission expires *December 19*   1997

---

*Dec  13*  1993 at 11 o'clock and 16 minutes A.M. Rec'd and Recorded
and with Hampshire Reg. of Deeds, Book *3842*  Page *107*

                                        Attest                Register

---

ATTEST: HAMPSHIRE  *Marianne L. Donohue*  REGISTER
                        MARIANNE L. DONOHUE

BK 3842 PG 0109

The Commonwealth of Massachusetts

ss.                                    December 9, 1991

Then personally appeared the above named _Gurudhko Ghon, President and James_ _Harpwy, Treasurer_
and acknowledged the foregoing instrument to be the free act and deed of the   LONNIE HOUSING
CORPORATION

before me.

Peter C. Cobrok

*Notary Public*

My commission expires _December 18, 1997_

___ B___ 11 o'clock and 26 minutes A.M. Rec'd and Exam'd
Exam'd with Hampshire Reg. of Deeds, Book _3842_ Page _107_

Attest _____

ATTEST: HAMPSHIRE _Marianne L. Donohue_ REGISTER
MARIANNE L. DONOHUE

E

# COMMONWEALTH OF MASSACHUSETTS

Hampshire, ss

**Superior Court**
**Civil Action No. 05-137**

## CERTIFICATION

I , Nancy A. Foley, Assistant Clerk of the Superior Court for the County of Hampshire do

hereby certify that the attached is a true copy of the Complaint, Civil Action Cover Sheet,

Tracking Order and Docket Sheet.

MORRIS/SWITZER ENVIRONMENTAL FOR HEALTH, INC.

VS.

LOOMIS COMMUNITIES, INC.



Witness my hand and the seal of the

Superior Court Department of the Trial

Court this 9th day of August, 2005

Nancy A. Foley, Assistant Clerk

MAS-20041213
shepardp

Case 3:05-cv-30186-MAP Commonwealth of Massachusetts 08/15/2005    Page 12 of 20    08/0 )/2 )05
HAMPSHIRE SUPERIOR COURT
Case Summary
Civil Docket
10:15 AM

## HSCV2005-00137
## Morris/Switzer Environments for Health, Inc. v Loomis Communities, Inc. et al

| | | | | | | |
|---|---|---|---|---|---|---|
| File Date | 06/30/2005 | Status | Needs review for service (acneserv) | | | |
| Status Date | 06/30/2005 | Session | A - Civil A- CtRm 2-3rd fl | | | |
| Origin | 1 | Case Type | A01 - Services, labor, materials | | | |
| Lead Case | | Track | F | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 09/28/2005 | Answer | 11/27/2005 | Rule12/19/20 | 11/27/2005 |
| Rule 15 | 11/27/2005 | Discovery | 04/26/2006 | Rule 56 | 05/26/2006 |
| Final PTC | 06/25/2006 | Disposition | 08/24/2006 | Jury Trial | No |

### PARTIES

**Plaintiff**
Morris/Switzer Environments for Health, Inc.
Active 06/30/2005

**Private Counsel 640330**
Eric A Howard
Domestico Lane & McNamara
161 Worcester Road
The Meadows
Framingham, MA 01701
Phone: 508-626-9000
Fax: 508-626-9001
Active 06/30/2005 Notify

**Defendant**
Loomis Communities, Inc.
Service pending 06/30/2005

**Alias defendant name**
Loomis Village, Inc.
Active 06/30/2005

**Defendant**
Loomis Communities
Service pending 06/30/2005

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/30/2005 | 1.0 | Complaint to enforce mechanics' lien & civil action cover sheet filed |
| 06/30/2005 | | Origin 1, Type A01, Track F. |
| 06/30/2005 | | Case selected for review pursuant to ST.1996.c358,s.5 |

MAS-20041213
shepardp

Case 3:05-cv-30186-MAP Document 1 Filed 08/15/2005 Page 13 of 20

Commonwealth of Massachusetts
HAMPSHIRE SUPERIOR COURT
Case Summary
Civil Docket

08/01/2005
10:15 AM

### HSCV2005-00137
### Morris/Switzer Environments for Health, Inc. v Loomis Communities, Inc. et al

| Date | Paper | Text |
|------|-------|------|
| 06/30/2005 | | Tracking: origin/track set and mailed to Attorney Howard. |

**EVENTS**

Commonwealth of Massachusetts
County of Hampshire
The Superior Court

CIVIL DOCKET# **HSCV2005-00137-A**

RE:    **Morris/Switzer Environments for Health, Inc. v Loomis Communities, Inc. et al**

TO:Eric A Howard, Esquire
Domestico Lane & McNamara
161 Worcester Road
The Meadows
Framingham, MA 01701

### TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 09/28/2005 |
| Response to the complaint filed (also see MRCP 12) | 11/27/2005 |
| All motions under MRCP 12, 19, and 20 filed | 11/27/2005 |
| All motions under MRCP 15 filed | 11/27/2005 |
| All discovery requests and depositions completed | 04/26/2006 |
| All motions under MRCP 56 served and heard | 05/26/2006 |
| Final pre-trial conference held and firm trial date set | 06/25/2006 |
| Case disposed | 08/24/2006 |

The final pre-trial deadline is **not the scheduled date of the conference**.  You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session **A** sitting in **CtRm 2- 3rd fl at Hampshire Superior Court.**

Dated: 06/30/2005

Harry Jekanowski, Jr.
Clerk of the Courts

Location: CtRm 2- 3rd fl
Telephone: (413) 584-5810 ext. 287

cvdtracf_2.wpd 268917 inidoc01 shepardp

05 137

## COMMONWEALTH OF MASSACHUSETTS

HAMPSHIRE, ss.

SUPERIOR COURT
C.A. No.

```
                                    )
MORRIS/SWITZER ENVIRONMENTS         )
FOR HEALTH, INC.                    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
LOOMIS COMMUNITIES, INC. f/k/a      )
LOOMIS VILLAGE, INC. and            )
LOOMIS COMMUNITIES                  )
                                    )
        Defendants.                 )
                                    )
```

### COMPLAINT TO ENFORCE MECHANICS'LIEN UNDER G.L. c. 254

Morris/Switzer Environments for Health, Inc.

("Morris/Switzer") files this action to recover damages against

the defendants, Loomis Communities, Inc. f/k/a Loomis Village,

Inc. and Loomis Communities, for failing to pay for certain

labor, materials and professional services provided by

Morris/Switzer in connection with the design and construction of

the residential development owned by Loomis on several parcels

of land in the Town of South Hadley, Massachusetts, more

particularly described in deeds recorded in the Hampshire County

Registry of Deeds, Book 3842, Page 0107; Book 4511, Page 271;

and Book 4635, Page 66.  A description of the Property is

attached as Exhibit "A" hereto.  Morris/Switzer also seeks to

establish its rights pursuant to G.L. c. 254, the Massachusetts

Mechanics' Lien Statute, regarding labor, materials and professional services provided for the construction of the Loomis Village project in South Hadley, Massachusetts (the "Project").

## Parties and Jurisdiction

1.   The plaintiff, Morris/Switzer, is a Vermont corporation, authorized to do business in the Commonwealth of Massachusetts, with a principal place of business at 185 Talcott Road, Williston, Vermont.

2.   The defendant, Loomis Communities, Inc. f/k/a Loomis Village, Inc. ("Loomis"), upon information and belief, is a Massachusetts corporation with a principal place of business at 246 North Main Street, South Hadley, Massachusetts 01075.

3.   The defendant, Loomis Communities, has a principal place of business at 246 North Main Street, South Hadley, Massachusetts 01075.

4.   Jurisdiction is proper in Hampshire Superior Court because damages exceed $25,000.00 and pursuant to G.L. c. 254.

5.   Venue is proper in Hampshire Superior Court pursuant to G.L. c. 254.

## Background

6.   Morris/Switzer entered into a written contract with Loomis on April 5, 2001, wherein Morris/Switzer agreed to supply

2

labor, material and professional services for the project
entitled "Loomis Village" ("Project").

7.    Morris/Switzer performed its contractual obligations
on the Project.

8.    Loomis has not paid Morris/Switzer the sum of
$1,997,101.50, leaving a balance due and owing of $1,997,101.50.

9.    Morris/Switzer recorded a Notice of Contract pursuant
to G.L. c. 254, § 2 in the Hampshire County Registry of Deeds on
April 8, 2005, Book 8217, Page 237.  A true and accurate copy of
the Notice of Contract is attached as Exhibit "B" hereto.

10.    Morris/Switzer filed a Statement of Account, pursuant
to G.L. c. 254, § 8 in the Hampshire County Registry of Deeds on
April 29, 2005, Book 8240, Page 174.  A true and accurate copy
of the Statement of Account is attached as Exhibit "C" hereto.

11.    Said Notice of Contract and Statement of Account were
subsequently served upon Loomis.

12.    A certified copy of this Complaint will be filed in
the Hampshire County Registry of Deeds and served upon Loomis.

13.    Morris/Switzer has satisfied all conditions precedent
to maintain this action against Loomis.

3

## COUNT I
### (Breach of Contract)

14.  Morris/Switzer realleges and incorporates by reference the allegations in paragraphs 1 through 13 above as though expressly stated herein.

15.  Morris/Switzer entered into a contract with Loomis to provide labor, materials and professional services to the Project.

16.  Loomis breached its contract with Morris/Switzer by failing to pay the balance of monies due to Morris/Switzer.

17.  Loomis is indebted to Morris/Switzer in the amount of $1,997,101.50, plus interest, costs, and attorneys' fees.

## COUNT II
### (Quantum Meruit)

18.  Morris/Switzer realleges and incorporates by reference the allegations in paragraphs 1 through 17 above as though expressly stated herein.

19.  At Loomis's request, Morris/Switzer provided labor, materials and professional services to the Project.

20.  Despite repeated demands, Morris/Switzer has not been paid for all of said labor, materials and equipment.  The fair and reasonable value of the labor, materials and equipment for which Morris/Switzer has not been paid is $1,997,101.50, plus interest, costs and attorneys' fees.

4

<u>COUNT III</u>
(Mechanics' Lien G.L. c. 254 – Loomis)

21. Morris/Switzer incorporates by reference the allegations in Paragraphs 1 through 20 above as though fully set forth herein.

22. Morris/Switzer supplied labor, materials and professional services for the betterment of the real estate.

23. The property owner, Loomis, has benefited from Morris/Switzer's performance of improvements to the real estate.

24. Morris/Switzer has fully complied with the Mechanics' Lien Statute requirements of G.L. c. 254 to enforce and perfect its Mechanics' Lien on the property.

25. Morris/Switzer requests that this Honorable Court enforce its Mechanics' Lien on the property in the amount of $1,997,101.50 and that the property be sold to satisfy the debt owed to Morris/Switzer.

WHEREFORE, the plaintiff, Morris/Switzer, requests the following relief:

(1) With respect to Counts I and II, that this Court grant judgment in favor of Morris/Switzer and against Loomis in the amount of damages to be proven, plus accruing interest and attorneys' fees and costs;

(2) With respect to Count III, that this Court establish Morris/Switzer's Mechanics' Lien against Loomis and that the property be sold to satisfy the debt owed to Morris/Switzer; and

5

(3)   That this Court grant such other and further relief as it deems fair and just.

MORRIS/SWITZER ENVIRONMENTS FOR
HEALTH, INC.

By its attorneys,

John J. McNamara
BBO No. 557882
Eric A. Howard
BBO No. 640330
DOMESTICO, LANE & MCNAMARA, LLP
161 Worcester Road
Framingham, MA 01701
(508) 626-9000

Dated: June 30, 2005

024953   BK 3842 PG 0107

SEE
BOOK 4511
PAGE 271

SEE
BOOK 4635
PAGE 612

SEE
BOOK 4635
PAGE 163

EXHIBIT A

3/05 36

KNOW ALL MEN BY THESE PRESENTS, That, LOOMIS HOUSING CORPORATION

a corporation duly established under the laws of  Massachusetts
and having its usual place of business at 298 Jarvis Avenue, Holyoke, Hampden
County, Massachusetts, in consideration of,

SIX HUNDRED EIGHTY ONE THOUSAND THREE HUNDRED NINETY ONE & 87/100
-------------------($681,391.87)-------------------DOLLARS

grants to  LOOMIS VILLAGE, INC., a Massachusetts corporation duly organized with a
usual place of business at 246 North Main Street, South Hadley, Hampshire County,
Massachusetts
at
                                                      with warranty covenants
the land in  South Hadley, Hampshire County, Massachusetts, bounded and described as
follows:

PARCEL ONE - Beginning at a point on the westerly side of the
highway leading from South Hadley Falls to Smiths Ferry (now North
Main Street), at the southeast corner of land now or formerly of
Frederick Strong, and from thence running westerly at an included
angle of 77° 46' along land of the said Strong Two Thousand
Seventy-Nine (2079) feet to a highway (now River Road) leading from
the highway first mentioned to the Connecticut River; thence
Southeasterly at an included angle of 57° 52' along the easterly
side of the said highway Four Hundred Sixty-Four (464) feet to a
point; thence Easterly in a line parallel with the first described
line One Thousand Seven Hundred Forty-Two and One-Half (1742-1/2)
feet to the highway first mentioned; thence Northerly at an
included angle of 102° 14' along the westerly side of the said
highway Four Hundred (400) feet to the place of beginning,
containing about Seventeen and One-Sixth (17-1/6) acres.

Excepting from the foregoing the land conveyed by the Trustees to
Paul L. Pin et ux by deeds dated June 9, 1970, recorded in Book
1573, Page 455, and August 21, 1975, recorded in Book 1845, Page
72.

PARCEL TWO - Beginning at an iron pin in the Southerly line of
Parcel One hereinbefore described, which iron pin is Three Hundred
Ninety-Five and 99/100 (395.99) feet Westerly from an iron pin in
the Westerly line of North Main Street, at the Southeasterly corner
of land formerly of one Mayowski, later of Pin, thence Westerly
along land now or formerly of Mayowski, One Thousand Three Hundred
Forty-Six and 50/100 (1346.50) feet, more or less, to the Easterly
line of the River Road; thence Southerly along the Easterly line of
said River Road, Forty and 50/100 (40.50) feet; thence Easterly and
parallel with the first described line, Two Hundred Seventy-One and
50/100 (271.50) feet to a point; thence Southerly Four Hundred Four
and 77/100 (404.77) feet to a point; thence Easterly One Thousand
Eighty-Four (1084) feet to a point, said point being fifteen and
one-half (15 1/2) feet Northerly from the center of an old chestnut
tree; thence Northerly in a straight line, Four Hundred Forty-Seven
and 89/100 (447.89) feet, more or less, to the iron pin at the
point of beginning.

Being the same premises conveyed to the grantor herein by deed of
Pina-Essex Realty Trust, dated December 16, 1988, recorded
Hampshire County Registry of Deeds, Book 3304, Page 324.

SUBJECT to a taking by the Town of South Hadley made May 2, 1978,
recorded in Book 2019, Page 264, for an easement for the Connecticut
River Interceptor Sewer as shown on the Easement Plan recorded in
Plan Book 106, Pages 87 and 88.

Property Address: 246 North Main Street, South Hadley, MA

BK 3842 PG 0108

SUBJECT to the Order of Conditions of the South Hadley Conservation
Commission dated July 26, 1991, and recorded in Hampshire County
Registry of Deeds, Book 3789, Page 269.



In witness Whereof the said   LOOMIS HOUSING CORPORATION

has caused its corporate seal to be hereto affixed and these presents to be signed, acknowledged and
delivered in its name and behalf by *Gwendolyn Glass and James Tompkins*
its *President and Treasurer*             this         *9th*        day of   December
in the year one thousand nine hundred and  ninety-one

Signed and sealed in presence of

_____

                                    LOOMIS HOUSING CORPORATION

                                    by _____ TREA.

                                    _____ Glass Pres

BK 3842 PG 0109

### The Commonwealth of Massachusetts

ss.                                    December 9, 1991

Then personally appeared the above named *Gwendolyn Glass, President and James Thompson, Treasurer*

and acknowledged the foregoing instrument to be the free act and deed of the    LOOMIS HOUSING CORPORATION

before me

Peter C. Connor                    Notary Public

My commission expires *December 15, 1991*

Dec. 13, 19 91 at 11 o'clock and 16 minutes A.M. Rec'd and exam'd with Hampshire Reg. of Deeds, Book 3842 Page 107

Attest

REGISTER

ATTEST: HAMPSHIRE _Marianne L. Donohue_ REGISTER

MARIANNE L. DONOHUE

BK 3842 PG 0109

The Commonwealth of Massachusetts

ss.                                        December 9, 1992

Then personally appeared the above named *Gwendolyn Glass, President and Susan Thompson, Treasurer*

and acknowledged the foregoing instrument to be the free act and deed of the    LOOMIS HOUSING CORPORATION

before me

Peter C. Connor                    Notary Public

My commission expires *December 18, 1997*

Dec. 13, 19__ at 11 o'clock and 16 minutes 9 M. Rec'd and Ent'd

exam'd with Hampshire Reg. of Deeds, Book 3842 Page 107

Attest                    REGISTER

ATTEST: HAMPSHIRE,    *Marianne L. Donohue*    REGISTER

MARIANNE L. DONOHUE

2005 00008075
Bk: 8217Pg: 237 Page: 1 of 5
Recorded: 04/08/2005 01:36 PM

## NOTICE OF CONTRACT

### M.G.L. ch. 254, § 2

Notice is hereby given that by virtue of a written contract dated April 5, 2002, between Morris/Switzer & Associates, Inc., contractor, and Loomis Communities, said contractor is to furnish or has furnished labor and materials or rental equipment, appliances or tools for the erection, alteration, repair or removal of a building, structure, or other improvement on a lot of land or other interest in real property owned by Loomis Communities, owner, of a lot of land or other interest in real property described as follows described as follows:

The property located at Book 3842, Page 0107 at the Hampshire County Registry of Deeds and Book 4511, Page 271 and Book 4635, Page 66 at the Hampshire County Registry of Deeds, and which is more fully described in the attached legal description as Exhibit "A."

Contractor:    Morris/Switzer & Associates, Inc.
185 Talcott Road
Williston, VT 05495

By: _Jill M. Boardman_
Jill M. Boardman

Its: _Principal_

STATE OF VERMONT

_Chittenden_ , SS.                          April _7_, 2005

    Then personally appeared the above named Jill M. Boardman,
to me known, who being duly sworn, acknowledged the foregoing
instrument to be her free act and deed, and the free act and
deed of Morris/Switzer & Associates, Inc. on behalf of which he
is authorized to execute it, before me.

                    _Sarah G. Sherrill_
                    Notary Public

                    My Commission Expires: _2/10/07_

Upon recording please return to:

DOMESTICO, LANE & MCNAMARA, LLP
The Meadows
161 Worcester Road
Framingham, MA  01701

EXHIBIT A

3/05/30

**024953**     BK 3842 PG 0107

SEE BOOK 45-11 PAGE 27

SEE BOOK 4635 PAGE 62

SEE BOOK 4635 PAGE 63

KNOW ALL MEN BY THESE PRESENTS, That, LOOMIS HOUSING CORPORATION

a corporation duly established under the laws of  Massachusetts
and having its usual place of business at 298 Jarvis Avenue, Holyoke, Hampden

County, Massachusetts, in consideration of,

SIX HUNDRED EIGHTY ONE THOUSAND THREE HUNDRED NINETY ONE & 87/100
--------------------($681,391.87)--------------------DOLLARS

grants to  LOOMIS VILLAGE, INC., a Massachusetts corporation duly organized with a
usual place of business at 246 North Main Street, South Hadley, Hampshire County,
Massachusetts

with warranty covenants

the land in  South Hadley, Hampshire County, Massachusetts, bounded and described as
follows:

PARCEL ONE - Beginning at a point on the westerly side of the
highway leading from South Hadley Falls to Smiths Ferry (now North
Main Street), at the southeast corner of land now or formerly of
Frederick Strong, and from thence running westerly at an included
angle of 77° 46' along land of the said Strong Two Thousand
Seventy-Nine (2079) feet to a highway (now River Road) leading from
the highway first mentioned to the Connecticut River; thence
Southeasterly at an included angle of 57° 52' along the easterly
side of the said highway Four Hundred Sixty-Four (464) feet to a
point; thence Easterly in a line parallel with the first described
line One Thousand Seven Hundred Forty-Two and One-Half (1742-1/2)
feet to the highway first mentioned; thence Northerly at an
included angle of 102° 14' along the westerly side of the said
highway Four Hundred (400) feet to the place of beginning,
containing about Seventeen and One-Sixth (17-1/6) acres.

Excepting from the foregoing the land conveyed by the Trustees to
Paul L. Pin et ux by deeds dated June 9, 1970, recorded in Book
1573, Page 455, and August 21, 1975, recorded in Book 1845, Page
72.

PARCEL TWO - Beginning at an iron pin in the Southerly line of
Parcel One hereinbefore described, which iron pin is Three Hundred
Ninety-Five and 99/100 (395.99) feet Westerly from an iron pin in
the Westerly line of North Main Street, at the Southeasterly corner
of land formerly of one Mayowski, later of Pin, thence Westerly
along land now or formerly of Mayowski, One Thousand Three Hundred
Forty-Six and 50/100 (1346.50) feet, more or less, to the Easterly
line of the River Road; thence Southerly along the Easterly line of
said River Road, Forty and 50/100 (40.50) feet; thence Easterly and
parallel with the first described line, Two Hundred Seventy-One and
50/100 (271.50) feet to a point; thence Southerly Four Hundred Four
and 77/100 (404.77) feet to a point, said point being fifteen and
one-half (15 1/2) feet Northerly from the center of an old chestnut
tree; thence Northerly in a straight line, Four Hundred Forty-Seven
and 89/100 (447.89) feet, more or less, to the iron pin at the
point of beginning.

Being the same premises conveyed to the grantor herein by deed of
Pine-Essex Realty Trust, dated December 16, 1988, recorded
Hampshire County Registry of Deeds, Book 3304, Page 324.

SUBJECT to a taking by the Town of South Hadley made May 2, 1978,
recorded in Book 2019, Page 264, for an easement for the Connecticut
River Interceptor Sewer as shown on the Easement Plan recorded in
Plan Book 106, Pages 87 and 88.

Property Address:  246 North Main Street, South Hadley, MA

BK 3842 PG 0108

SUBJECT to the Order of Conditions of the South Hadley Conservation
Commission dated July 26, 1991, and recorded in Hampshire County
Registry of Deeds, Book 3789, Page 269..



**In witness Whereof** the said   LOOMIS HOUSING CORPORATION

has caused its corporate seal to be hereto affixed and these presents to be signed, acknowledged and
delivered in its name and behalf by *Gwendolyn Glass* and *James Thompson*
its *President* and *Treasurer*          this          *9th*          day of   December
in the year one thousand nine hundred and   ninety-one

Signed and sealed in presence of

LOOMIS HOUSING CORPORATION

by

BK: 07698 PG

BK3842PG0109

The Commonwealth of Massachusetts

ss.                                    December  9  1991

Then personally appeared the above named *Gwendolyn Glass, President and James*
*Hampton, Treasurer*
and acknowledged the foregoing instrument to be the free act and deed of the   LOOMIS HOUSING
CORPORATION

before me

Peter C. Connor                        Notary Public

My commission expires *December 15,* 1991

*Dec  13*  1991  11  o'clock and  16  minutes  A.M. Rec'd and Ent'd
exam'd with Hampshire Reg. of Deeds, Book  3842  Page  107

Attest                                 REGISTER

ATTEST: HAMPSHIRE, *Marianne L. Donohue*, REGISTER

MARIANNE L. DONOHUE

BK 3842 PG 0109

## The Commonwealth of Massachusetts

ss.                                                    December 9, 1991

Then personally appeared the above named *Gwendolyn Glass, President and James Rampart, Treasurer*

and acknowledged the foregoing instrument to be the free act and deed of the    LOOMIS HOUSING CORPORATION

before me

Peter C. Connor

Notary Public

My commission expires *December 15, 1991*

Dec 12 ... 11 o'clock and 16 minute ... M. Rec'd and Ex'm'd
exam'd with Hampshire Reg. of Deeds, Book 3842 Page 107

Attest

REGISTER

ATTEST: HAMPSHIRE, Marianne L. Donohue   REGISTER

MARIANNE L. DONOHUE

2005 00009822
Bk: 8240 Pg: 174 Page: 1 of 5
Recorded: 04/29/2005 01:14 PM

STATEMENT OF ACCOUNT

M.G.L. c. 254, §8

Notice is hereby given that pursuant to a written contract dated April 5, 2002, between Loomis Communities, Owner, and Morris/Switzer & Associates, Inc. ("Morris/Switzer"), Contractor, the following is a just and true account of the amount, including credits, due to Morris/Switzer from Loomis Communities for labor and material furnished in the erection, operation, repair or removal of the building, structure or other improvement to the property on a lot of land owned by Loomis Communities of a lot of land or other interest in real property described as follows:

The property located in South Hadley, Massachusetts at Book 3842, Page 0107 at the Hampshire County Registry of Deeds and Book 4511, Page 271 and Book 4635, Page 66 at the Hampshire County Registry of Deeds.

The amount is as follows:

| | |
|---|---|
| Contract | $14,063,835.00 |
| Agreed change orders | $    572,349.38 |
| Less previous payments | $14,132,146.14 |
| Subtotal | $    504,038.00 |
| Other credits due | $         0.00 |
| Disputed claims and extras | $ 1,493,063.50 |
| Balance due | $ 1,997,101.50 |

Contractor:    Morris/Switzer
               185 Talcott Road
               Williston, VT 05495

By: _____
        Jill M. Boardman

Its: _____
        Principal

STATE OF VERMONT

Chittenden, SS.                          April 28, 2005

    Then personally appeared before me the above-named Jill M.
Boardman, who being duly sworn, acknowledged the foregoing
instrument to be her free act and deed, and the free act and
deed of Morris/Switzer & Associates, Inc. on behalf of which she
is authorized to execute it before me.

                          _Sarah G. Sherrill_____
                          Notary Public

                          My Commission Expires: _2/10/07_


Upon recording please return to:

DOMESTICO, LANE & McNAMARA, LLP
The Meadows
161 Worcester Road
Framingham, MA 01701

EXHIBIT A

3/05 36

024953    BK 3 8 4 2 PG 0 1 0 7

SEE BOOK 45 1 PAGE 2 7 7

SEE BOOK 4 6 3 5 PAGE 6 6

SEE BOOK 4 6 3 5 PAGE 1 3

KNOW ALL MEN BY THESE PRESENTS, That, LOOMIS HOUSING CORPORATION

a corporation duly established under the laws of  Massachusetts
and having its usual place of business at 298 Jarvis Avenue, Holyoke, Hampden

County, Massachusetts, in consideration of,

SIX HUNDRED EIGHTY ONE THOUSAND THREE HUNDRED NINETY ONE & 87/100
------------------($681,391.87)-------------------DOLLARS

grants to  LOOMIS VILLAGE, INC., a Massachusetts corporation duly organized with a
usual place of business at 246 North Main Street, South Hadley, Hampshire County,
Massachusetts
                                                        with warranty covenants
the land in  South Hadley, Hampshire County, Massachusetts, bounded and described as
follows:

PARCEL ONE - Beginning at a point on the westerly side of the
highway leading from South Hadley Falls to Smiths Ferry (now North
Main Street), at the southeast corner of land now or formerly of
Frederick Strong, and from thence running westerly at an included
angle of  77° 45'  along land of the said Strong Two Thousand
Seventy-Nine (2079) feet to a highway (now River Road) leading from
the highway first mentioned to the Connecticut River; thence
Southeasterly at an included angle of 57° 52' along the easterly
side of the said highway Four Hundred Sixty-Four (464) feet to a
point; thence Easterly in a line parallel with the first described
line One Thousand Seven Hundred Forty-Two and One-Half (1742-1/2)
feet to the highway first mentioned; thence Northerly at an
included angle of 102° 14' along the westerly side of the said
highway Four Hundred (400) feet to the place of beginning,
containing about Seventeen and One-Sixth (17-1/6) acres.

Excepting from the foregoing the land conveyed by the Trustees to
Paul L. Pin et ux by deeds dated June 9, 1970, recorded in Book
1573, Page 455, and August 21, 1975, recorded in Book 1845, Page
72.

PARCEL TWO - Beginning at an iron pin in the Southerly line of
Parcel One hereinbefore described, which iron pin is Three Hundred
Ninety-Five and 99/100 (395.99) feet Westerly from an iron pin in
the Westerly line of North Main Street, at the Southeasterly corner
of land formerly of one Mayowski, later of Pin, thence Westerly
along land now or formerly of Mayowski, One Thousand Three Hundred
Forty-Six and 50/100 (1346.50) feet, more or less, to the Easterly
line of the River Road; thence Southerly along the Easterly line of
said River Road, Forty and 50/100 (40.50) feet; thence Easterly and
parallel with the first described line, Two Hundred Seventy-One and
50/100 (271.50) feet to a point; thence Southerly Four Hundred Four
and 77/100 (404.77) feet to a point; thence Easterly One Thousand
Eighty-Four (1084) feet to a point, said point being fifteen and
one-half (15 1/2) feet Northerly from the center of an old chestnut
tree; thence Northerly in a straight line, Four Hundred Forty-Seven
and 89/100 (447.89) feet, more or less, to the iron pin at the
point of beginning.

Being the same premises conveyed to the grantor herein by deed of
Pine-Essex Realty Trust, dated December 16, 1988, recorded
Hampshire County Registry of Deeds, Book 3304, Page 324.

SUBJECT to a taking by the Town of South Hadley made May 2, 1978,
recorded in Book 2019, Page 264, for an easement for the Connecticut
River Interceptor Sewer as shown on the Easement Plan recorded in
Plan Book 106, Pages 87 and 88.

Property Address: 246 North Main Street, South Hadley, MA

BK 3842 PG 0108

SUBJECT to the Order of Conditions of the South Hadley Conservation
Commission dated July 26, 1991, and recorded in Hampshire County
Registry of Deeds, Book 3789, Page 269.



CANCELLED

**In witness Whereof** the said    LOOMIS HOUSING CORPORATION

has caused its corporate seal to be hereto affixed and these presents to be signed, acknowledged and
delivered in its name and behalf by *Gwendolyn Glass and James Thompson*
its *President and Treasurer*                    this        *9th*            day of    December
in the year one thousand nine hundred and   ninety-one

Signed and sealed in presence of

LOOMIS HOUSING CORPORATION

by _____ TREAS.

_____ VICE PRES

BK3842PG0109

## The Commonwealth of Massachusetts

ss.                                                December 9  1991

Then personally appeared the above named *Gwendolyn Glass, President and James Thompson, Treasurer*

and acknowledged the foregoing instrument to be the free act and deed of the  LOOMIS HOUSING CORPORATION

before me

Peter C. Connor                                    Notary Public

My commission expires *December 18, 1991*

_____

*Dec 12* 19__ 11 o'clock and *16* minutes *9* A.M. Rec'd and Ent'd exam'd with Hampshire Reg. of Deeds, Book *3842* Page *107*

Attest                                    REGISTER

ATTEST: HAMPSHIRE, *Marianne L. Donohue* REGISTER
MARIANNE L. DONOHUE

BK 3842 PG 0109

The Commonwealth of Massachusetts

ss.                                    December 9, 1991

Then personally appeared the above named _Gwendolyn Glass, President and James Thompson, Treasurer_
and acknowledged the foregoing instrument to be the free act and deed of the    LOOMIS HOUSING
CORPORATION

before me

Peter C. Connor                          Notary Public

My commission expires _December 18, 1991_

Dec. 12, 1991 at 11 o'clock and 16 minutes A.M., Rec'd and
exam'd with Hampshire Reg. of Deeds, Book 3842 Page 107

Attest

REGISTER

ATTEST: HAMPSHIRE, _Marianne L. Donohue_ REGISTER

MARIANNE L. DONOHUE

| CIVIL ACTION COVER SHEET | DOCKET NO(S) 05 137 | Trial Court of Massachusetts Superior Court Department County: Hampshire |
|---|---|---|

| PLAINTIFF(S) Morris/Switzer Environments for Healh, Inc. | DEFENDANT(S) Loomis Communities, Inc. f/k/a/ Loomis Village, Inc. and Loomis Communities |
|---|---|

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Eric Howard, Domestico, Lane & McNamara, LLP 161 Worcester Road, Framingham, MA 01701 508-626-9000 Board of Bar Overseers number: 640330 | ATTORNEY (if known) Thomas Conte |
|---|---|

## Origin code and track designation

Place an x in one box only:

☒ 1. F01 Original Complaint
☐ 2. F02 Removal to Sup.Ct. C.231, s.104 (Before trial) (F)
☐ 3. F03 Retransfer to Sup.Ct. C.231, s.102C (X)

☐ 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
☐ 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
☐ 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A01, A99 | Breach of Contract Mechanics' Lien | ( F ) | ( ) Yes ( X ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................................. $
2. Total Doctor expenses .................................................. $
3. Total chiropractic expenses ............................................ $
4. Total physical therapy expenses ....................................... $
5. Total other expenses (describe) ....................................... $
Subtotal $ ............

B. Documented lost wages and compensation to date .......................... $
C. Documented property damages to date ..................................... $
D. Reasonably anticipated future medical and hospital expenses ............. $
E. Reasonably anticipated lost wages ...................................... $
F. Other documented items of damages (describe)
$
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

$ ............
TOTAL $ ............

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

Breach of Contract and Mechanics' Lien Under G.L. c. 254

1,997,101.50
plus interest and
TOTAL $ Attorney Fees

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _E.A. Howard_      DATE: 6/30/05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

‰JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MORRIS/SWITZER ENVIRONMENTS FOR HEALTH, INC.

**DEFENDANTS**
LOOMIS COMMUNITIES, INC. F/K/A LOOMIS VILLAGE INC. AND LOOMIS COMMUNITIES

**(b)** County of Residence of First Listed Plaintiff    Williston, VT
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Hampshire, MA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
John J. McNamara, Esquire, Domestico, Lane & McNamara, LLP, 161 Worcester Road, Framingham, MA 01701 (508) 626-9000

Attorneys (If Known)
Thomas J. Conte, Esquire, Bowditch & Dewey, LLP, 311 Main St. P.O. Box 15156, Worcester, MA 01615-0156, (508) 926-3415

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☒ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332
Brief description of cause: Plaintiff asserts claims for breach of contract, quantum meruit and mechanics lien against Defendant pursuant to a construction project in South Hadley, MA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,997,101.50
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE
8/12/05

SIGNATURE OF ATTORNEY OF RECORD
Thomas J. Conte

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

306022

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)   Morris/Switzer Environments for Health, Inc. v.
    Loomis Communities, Inc. f/k/a Loomis Village, Inc. and Loomis Communities

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See
    local rule 40.1(a)(1)).

    [ ]   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    [ ]   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

    [✔]   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

    [ ]   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

    [ ]   V.    150, 152, 153.

3.  Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in
    this district please indicate the title and number of the first filed case in this court.

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                            YES [ ]    NO [✔]

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See
    28 USC §2403)
                                                            YES [ ]    NO [✔]

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                            YES [ ]    NO [✔]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                            YES [ ]    NO [✔]

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
    Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule
    40.1(d)).
                                                            YES [✔]    NO [ ]

    A.   If yes, in which division do all of the non-governmental parties reside?

         Eastern Division [ ]        Central Division [ ]        Western Division [✔]

    B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
         agencies, residing in Massachusetts reside?

         Eastern Division [ ]        Central Division [ ]        Western Division [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If
    yes, submit a separate sheet identifying the motions)
                                                            YES [ ]    NO [✔]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME   Thomas J. Conte, Esquire

ADDRESS   Bowditch & Dewey, LLP, 311 Main Street, P.O. Box 15156, Worcester, MA

TELEPHONE NO.   508- 926-3415