UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30186-MAP

| | |
|---|---|
| MORRIS/SWITZER ENVIRONMENTS FOR HEALTH, INC.<br>            Plaintiff, | )<br>)<br>)<br>) |
| V. | )<br>) |
| LOOMIS COMMUNITIES, INC. F/K/A LOOMIS VILLAGE, INC. AND LOOMIS COMMUNITIES,<br>            Defendants. | )<br>)<br>)<br>) |

## JOINT MOTION OF PARTIES TO REMAND TO SUPERIOR COURT

The parties to the above-referenced lawsuit hereby agree to the remand of this lawsuit to the Hampshire Superior Court.

WHEREFORE, the parties respectfully request that this Court remand this lawsuit to Hampshire Superior Court.

| MORRIS/SWITZER ENVIRONMENTS FOR HEALTH, INC. | LOOMIS COMMUNITIES, INC. F/K/A LOOMIS VILLAGE, INC. AND LOOMIS COMMUNITIES, |
|---|---|
| By Its Attorneys, | By Their Attorneys, |
| *signature* /s/ | *signature* |
| John J. McNamara, Esquire (BBO #557882)<br>Eric A. Howard, Esquire (BBO #640330)<br>Domestico, Lane & McNamara, LLP<br>161 Worcester Road<br>Framingham, MA 01701<br>Phone: 617-626-9000 | Louis M. Ciavarra (BBO #546481)<br>Thomas J. Conte (BBO #566092)<br>Bowditch & Dewey, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 926-3415 |

Date: September 6, 2005

{J:\CLIENTS\lit\303309\0001\00581441.DOC;1}